UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

L.D.,

                Plaintiff,

      v.

JUUL LABS, INC. and SMOKE ZONE 2 INC.,

                Defendants.

------------------------------------------------------------x

Case No. 1:20-cv-03415-GBD

MAY 1 1 2020

## [~~PROPOSED~~] ORDER STAYING PROCEEDINGS

This matter coming to be heard on the Joint Stipulation to Stay Proceedings, the Court having reviewed the Stipulation, and being duly advised and finding good cause, it is HEREBY ORDERED THAT:

1. All deadlines and proceedings in this case are STAYED pending the JPML's decision to transfer this case to MDL No. 2913.

2. Should the JPML decide that transfer is unwarranted, the parties shall confer on a briefing schedule for responsive pleadings, and thereafter notify the Court of an agreed-upon schedule.

**IT IS SO ORDERED**

_____
HON. GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

Dated: May 1 1, 2020

3